No. 520. L. T. Barringer & Co. v. United States et al. May 24, 1943. It is ordered that the opinion of this Court be amended by adding at the end the following paragraph:

"We have considered appellant's attack on the suffi-

ciency of the evidence to support the Commission's findings, and conclude, as did the court below, that they are adequately supported by substantial evidence of record. Compare *Florida* v. *United States*, 292 U. S. 1, 12; *Merchants Warehouse Co.* v. *United States, supra*, 508."

The petition for rehearing is denied.

Opinion reported as amended, *ante*, p. 1.